RANDALL S. NEWMAN, P.C.
Randall S. Newman (Cal. Bar No. 190547)
37 Wall Street, Penthouse D
New York, NY 10005
Telephone: (212) 797-3737
Facsimile: (212) 797-3172
rsn@randallnewman.net

Attorney for Plaintiff,
Zack Ward

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ZACK WARD,

    Plaintiff,

vs.

WARNER BROS. ENTERTAINMENT, INC. AND ENESCO, LLC,

    Defendants.

Case No.: CV11-06749 PLA

**COMPLAINT FOR VIOLATION OF LANHAM ACT, MISAPPROPRIATION OF LIKENESS AND THE COMMON LAW RIGHT TO PRIVACY**

The Plaintiff, by and through his undersigned attorneys, alleges upon knowledge as to himself and his own acts, and as to all other matters upon information and belief, and brings this Complaint against the above-named Defendants, and in support thereof alleges the following:

**PRELIMINARY STATEMENT**

1. This action is brought by the Plaintiff, Zack Ward (the "Plaintiff"), the actor who portrayed the character "Scut Farkus" in A CHRISTMAS STORY (Metro-

Goldwyn-Mayer 1983) ("A Christmas Story"). The Plaintiff seeks damages against the Defendants for violation of the Lanham Act (15 U.S.C. § 1125(a)), Misappropriation of Likeness (Cal. Civ. Code § 3344) and the Common Law Right to Privacy related to the manufacture and sale of "Scut Farkus and His Toadies" figurines (the "Scut Farkus Figurine").

## JURISDICTION AND VENUE

2. Jurisdiction is conferred on this Court pursuant to 28 U.S.C. §§ 1332 and 1338(a) and (b), and Section 43(a) of the Lanham Act.

3. This Court has supplemental jurisdiction over the state law causes of action pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the Plaintiff resides within this District.

## PARTIES

5. The Plaintiff, Zack Ward, is an individual residing Los Angeles County, California.

6. The Defendant, Warner Bros. Entertainment, Inc. ("Warner Bros.") is a California corporation with a principal place of business located at 4000 Warner Boulevard, Burbank, California 91522.

7. The Defendant, Enesco, LLC ("Enesco"), is an Illinois limited liability company with a principal place of business located at 225 Windsor Dr.,

Itasca, Illinois 60143.

## FACTUAL ALLEGATIONS

8. The Plaintiff is a professional actor who portrayed the character Scut Farkus in A CHRISTMAS STORY (the "Movie") and has been a member of the Alliance of Canadian Cinema, Television and Radio Artists ("ACTRA") since childhood. ACTRA is a Canadian labor union representing performers in English-language media.

9. On or about January 10, 1983, the Plaintiff entered into a standard ACTRA agreement with Christmas Tree Films, Inc. to play the character Scut Farkus in the Movie (the "ACTRA Agreement").

10. The ACTRA Agreement contained a rider which was silent as to the rights to use the Plaintiff's likeness for purposes of producing consumer merchandise related to the Movie.

11. However, the agreements that Christmas Tree Films entered into with every other actor/actress who played a major character in the Movie contained a merchandising rider that allowed Christmas Tree Films to use the actor or actresses' likeness for the purpose of producing consumer merchandise.

12. Because of the difference in the Plaintiff's ACTRA Agreement rider, the Plaintiff is the only major character who retained the rights to license his likeness.

COMPLAINT FOR VIOLATION OF LANHAM ACT, MISAPPROPRIATION OF LIKENESS
AND THE COMMON LAW RIGHT TO PRIVACY

13. Since the theatrical release, the Movie has become increasingly popular, and its annual televised broadcasts attract millions of viewers.

14. Based upon information and belief, Warner Bros. and Enesco entered into a product license agreement whereby Enesco was permitted to manufacture the "Scut Farkus Figurine."

15. Warner Bros. knew that it did not own the rights to use or license the Plaintiff's likeness for purposes of producing consumer merchandise.

16. Based upon information and belief, Enesco knew that Warner Bros. did not own the rights to use or license the Plaintiff's likeness for purposes of producing consumer merchandise.

17. Despite the fact that Warner Bros. and Enesco knew that Warner Bros. did not own the rights to license the Plaintiff's likeness for purposes of producing consumer merchandise, Warner Bros. and Enesco entered into a product license agreement.

18. Based upon information and belief, Enesco provided Warner Bros. with a prototype of the Scut Farkus Figurine prior to its manufacture and sale.

19. Based upon information and belief, Warner Bros. approved the prototype for manufacture and sale by Enesco.

20. The Plaintiff was not consulted about using his likeness for purposes of producing the Scut Farkus Figurine and did not agree to license his likeness.

21. In November, 2010, the Plaintiff became aware of the existence of the Scut Farkus Figurine.

22. On November 30, 2010, the Plaintiff sent Enesco a letter regarding the use of his image on the Scut Farkus Figurine.

23. On December 13, 2010, Warner Bros. responded to the Plaintiff's letter and denied that the Scut Farkus Figurine was based on the Plaintiff's likeness.

24. Specifically, Warner Bros. stated that: If you have seen the item in question, you will note that it does not bear the likeness of Mr. Ward. Although the hat, sweater, jacket and boots are similar to those worn by Mr. Ward in the Picture, the face of the character is not Mr. Ward's face.

25. Despite what Warner Bros. claims, the Scut Farkus Figurine is the Plaintiff's likeness.

26. Therefore, the Plaintiff is entitled to monetary damages in an amount to be determined at trial as well as equitable relief enjoining the Defendants from manufacturing and/or selling Scut Farkus Figurine.

## CAUSES OF ACTION
## COUNT I
## FALSE DESIGNATION OF ORIGIN
### (The Lanham Act, 15 U.S.C. § 1125(a))

27. The Plaintiff repeats and realleges each of the allegations set forth above as though they were fully set forth herein.

28. 15 U.S.C. § 1125(a) provides, in pertinent part, "[a]ny person who, on or in connection with any goods or services...uses in commerce any word, term, name, symbol, or device, or any combination thereof...which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person...or approval of his or her goods, services, or commercial activities by another person...shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act."

29. The Defendants used, and continue to use, the Plaintiff's likeness in a false or misleading way that is likely to cause confusion, mistake and/or deceive as to the Plaintiff's affiliation with the Scut Farkus Figurine, Warner Bros. and Enesco.

30. The Defendants used, and continue to use, the Plaintiff's likeness without the Plaintiff's consent and with reckless disregard for the Plaintiff's rights.

31. The Defendants' actions constitute a violation of 15 U.S.C. § 1125(a).

32. As a result of the Defendants' conduct, the Plaintiff is entitled to monetary damages in an amount to be determined at trial as well as an order enjoining the Defendants from manufacturing and/or selling any products using the Plaintiff's likeness without the Plaintiff's consent.

## COUNT II
## MISAPPROPRIATION OF LIKENESS
(Cal. Civ. Code § 3344)

33. The Plaintiff repeats and realleges each of the allegations set forth above as though they were fully set forth herein.

34. Cal. Civ. Code § 3344 states in pertinent part: "[a]ny person who knowingly uses another's…likeness, in any manner on or in products, merchandise, or goods… without such person's prior consent…shall be liable for any damages sustained by the person or persons injured as a result thereof…"

35. The Defendants knowingly used, and continue to use, the Plaintiff's likeness for the purpose of selling the Scut Farkus Figurine without the Plaintiff's consent.

36. As a result of the Defendants' conduct, the Plaintiff is entitled to monetary damages in an amount to be determined at trial as well as an order enjoining the Defendants from manufacturing and/or selling any products using the Plaintiff's likeness without the Plaintiff's consent.

# COUNT III
# COMMON LAW RIGHT TO PUBLICITY

37. The Plaintiff repeats and realleges each of the allegations set forth above as though they were fully set forth herein.

38. The Defendants knowingly used, and continue to use, the Plaintiff's likeness for their commercial advantage.

39. The Defendants knowingly used, and continue to use, the Plaintiff's likeness without the Plaintiff's consent.

40. As a result of the Defendants' conduct, the Plaintiff is entitled to monetary damages in an amount to be determined at trial as well as an order enjoining the Defendants from manufacturing and/or selling any products using the Plaintiff's likeness without the Plaintiff's consent.

**WHEREFORE**, the Plaintiff respectfully requests that this Court enter judgment against the Defendants as follows:

1. Enjoin, restrain and prohibit the Defendants, their agents, servants, employees, officers, directors, successor and assigns, and all persons, firms and corporations acting in concert or participation with the Defendants or on the Defendants' behalf, from using the Plaintiff's likeness to produce, manufacture, license, sell, promote and/or ship any Scut Farkus Figurines;

2. Order the Defendants to destroy all Scut Farkus Figurines in the Defendants' possession and/or control;

3. Award the Plaintiff actual damages in an amount to be determined at trial;

4. Award the Plaintiff the Defendants' profits which are attributable to the sale of the Scut Farkus Figurines;

5. Award the Plaintiff punitive damages pursuant to Cal. Civ. Code §§ 1709, 1710, and 3344 by reason of Defendants' deceptive acts and continued unauthorized use of the Plaintiff's likeness;

6. Award the Plaintiff costs and reasonable attorney's fees; and

7. Award the Plaintiff such other and further relief as the Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Plaintiff hereby demands a trial by jury.

Dated: August 16, 2011

Respectfully submitted,

RANDALL S. NEWMAN, P.C.

By: _____
Randall S. Newman, Esq. (Cal. Bar No.190547)
37 Wall Street, Penthouse D
New York, New York 10005
Tel: (212) 797-3737
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Zack Ward*

COMPLAINT FOR VIOLATION OF LANHAM ACT, MISAPPROPRIATION OF LIKENESS AND THE COMMON LAW RIGHT TO PRIVACY

9

Name & Address:
RANDALL S. NEWMAN, P.C.
Randall S. Newman (Cal. Bar No. 190547)
37 Wall Street, Penthouse D
New York, NY 10005
rsn@randallnewman.net

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ZACK WARD | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV11-06749 PLA |
| WARNER BROS. ENTERTAINMENT, INC. AND ENESCO, LLC | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): WARNER BROS. ENTERTAINMENT, INC. AND ENESCO, LLC

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, RANDALL S. NEWMAN, P.C._____, whose address is 37 WALL STREET, PH D, NEW YORK, NEW YORK  10005_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated: AUG 1 6 2011

Clerk, U.S. District Court

By: **JULIE PRADO**
    Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                                              SUMMONS

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| ZACK WARD | WARNER BROS. ENTERTAINMENT, INC. AND ENESCO, LLC |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| RANDALL S. NEWMAN, P.C. (Cal. Bar No. 190547)<br>37 WALL ST., PENTHOUSE D<br>NEW YORK, NY 10005 Tel: (212) 797-3737 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
LANHAM ACT, MISAPPROPRIATION OF LIKENESS

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV11-06749

FOR OFFICE USE ONLY:   Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                              CIVIL COVER SHEET                                              Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) 
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (Warner Bros. Entertainment, Inc.) | DuPage County Illinois (Enesco, LLC) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_  Date 8/16/11

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |