UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 11-6749-PLA                                         Date  November 14, 2011

Title: Zack Ward v. Warner Bros. Entertainment, Inc., et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**       (IN CHAMBERS)

Pursuant to this Court's Order of October 6, 2011, the parties were ordered to file a Joint Rule 26(f) Report no later than **14 days before the scheduling conference** (i.e., by November 8, 2011).  To date, a Joint Rule 26(f) Report has not been filed with the Court.  Accordingly, **no later than November 18, 2011, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow court orders, and **defendants are ordered to show cause** why sanctions should not be imposed for failure to comply with a Court Order.  Filing of the Joint Rule 26(f) Report on or before **November 18, 2011**, shall be deemed compliance with this Order to Show Cause.

cc:      Counsel of Record

Initials of Deputy Clerk_____ch