RANDALL S. NEWMAN , P.C.
Randall S. Newman (Cal. Bar No. 190547)
37 Wall Street, Penthouse D
New York, NY  10005
Telephone: (212) 797-3737
Facsimile: (212) 797-3172
rsn@randallnewman.net

Attorney for Plaintiff,
Zack Ward

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZACK WARD, | Case No.:  11-cv-6749-PLA |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| WARNER BROS. ENTERTAINMENT, INC. AND ENESCO, LLC, | |
| Defendants. | |

NOW COMES, the Plaintiff, Zack Ward, and the Defendants, Warner Bros. Entertainment, Inc. and Enesco, LLC, by and through their undersigned attorneys and in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate and agree that this action shall be, and it hereby is, dismissed with prejudice, with each side to bear their own fees, costs and expenses.

Respectfully submitted this 9th day of January, 2012.

| | |
|---|---|
| s/ Randall S. Newman | s/ Katherine Chilton |
| Randall S. Newman, P.C. | Katherine Chilton, Esq. (129518) |
| Randall S. Newman, Esq. (190547) | Wayne M. Smith, Esq. (116247) |
| 37 Wall Street, Penthouse D | 4000 Warner Blvd. Bldg. 156-S |
| New York, New York 10005 | Burbank, CA 91522 |
| Tel: (212) 797-3737 | Tel: (818) 954-6845 |
| rsn@randallnewman.net | kate.chilton@warnerbros.com |
| | |
| *Attorney for Plaintiff,* | *Attorneys for Defendants,* |
| *Zack Ward* | *Warner Bros. Entertainment, Inc. and Enesco, LLC* |

So Ordered:

*[signature: Paul L. Abrams]*

Paul L. Abrams, United States Magistrate Judge

STIPULATION OF DISMISSAL                                                    11-cv-6749 (PLA)

2